1148

No. 04–10330. GRIFFIN *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 04–10332. HUTMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–10333. ISMEL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10334. WARE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–10335. WOODRUFF *v.* GONZALES, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–10338. MASON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–10343. ADKINS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10350. INTROCASO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–10352. HAMILTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10365. AGUAYO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–10368. WARFIELD *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–10371. BURGOS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–10373. GUSTAVE *v.* STANSBERRY, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–10375. GRIMES, AKA GREENWOOD *v.* WETZEL, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–10377. HOLTON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–10382. SIMMONS *v.* GRAYER, WARDEN. C. A. 11th Cir. Certiorari denied.